## BEEMAN V. THE STATE.

### *Murder.*

(Decided June 5, 1907.)

APPEAL from Montgomery City Court.

Heard before Hon. W. H. THOMAS.

F. W. JACKSON, for appellant.

ALEXANDER M. GARBER, Attorney General, for the State.

Opinion by ANDERSON, J.

Affirmed.

TYSON, C. J., DOWDELL and SIMPSON, JJ., concur.

---

## BIRMINGHAM BELT RAILWAY CO. V. JONES.

### *Damages for Personal Injury.*

(Decided May 9, 1907.)

APPEAL from Birmingham City Court.

Heard before Hon. CHALES A. SENN.

CAMPBELL & JOHNSON, for appellant.

BOWMAN, HARSH & BEDDOW, for appellee.

Opinion by MCCLELLAN, J.

Affirmed.

TYSON, C. J., DOWDELL and ANDERSON, JJ., concur.